# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL MINING ASSOCIATION and AMERICA'S POWER, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Case No. _____<br>) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Respondents. | ) |

## PETITION FOR REVIEW

Pursuant to Section 307(b)(1) of the Clean Air Act, 42 U.S.C. § 7607(b)(1), Federal Rule of Appellate Procedure 15(a), and D.C. Circuit Rule 15(a)(1), Petitioners National Mining Association and America's Power hereby petition this Court for review of the final action taken by Respondents United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency, published in the Federal Register at 89 Fed. Reg. 39,798 (May 9, 2024), and titled "New Source Performance Standards:

Greenhouse Gas Emissions from New, Modified, and Reconstructed Fossil Fuel-Fired Electric Generating Units; Emission Guidelines for Greenhouse Gas Emissions from Existing Fossil Fuel-Fired Electric Generating Units; and Repeal of the Affordable Clean Energy Rule." A copy of the final rule is attached hereto as Exhibit A.

This Court has jurisdiction and is a proper venue for this action under 42 U.S.C. § 7607(b)(1). Petitioners will show that the final rule is in excess of the agency's statutory authority and is otherwise arbitrary, capricious, an abuse of discretion, and not in accordance with law. *See* 5 U.S.C. § 706(2). Accordingly, Petitioners ask this Court to hold unlawful and set aside the final rule, and to order such other relief as might be appropriate. *See* 42 U.S.C. § 7607(d).

Dated: May 9, 2024

Respectfully Submitted,

| | |
|---|---|
| CARROLL WADE MCGUFFEY III<br>MELISSA HORNE<br>TROUTMAN PEPPER<br>HAMILTON SANDERS LLP<br>600 Peachtree St. N.E.<br>Suite 3000<br>Atlanta, GA 30308<br>(404) 885-3698 (CM)<br>(404) 885-3286 (MH)<br>mack.mcguffey@troutman.com<br>melissa.horne@troutman.com | /s/Misha Tseytlin<br>MISHA TSEYTLIN<br>*Counsel of Record*<br>KAITLIN O'DONNELL<br>CARLY ROTHMAN SIDITSKY<br>TROUTMAN PEPPER<br>HAMILTON SANDERS LLP<br>227 W. Monroe Street<br>Suite 3900<br>Chicago, IL 60606<br>(608) 999-1240 (MT)<br>(312) 759-1939 (fax)<br>misha.tseytlin@troutman.com<br><br>*Attorneys for Petitioners National Mining Association and America's Power* |

# CERTIFICATE OF FILING AND SERVICE

I certify that on May 9, 2024, I caused this Petition to be filed with the United States Court of Appeals for the D.C. Circuit.

I further certify that on May 9, 2024, a true and accurate copy of this Petition was served via certified mail, return receipt requested, on the following addresses:

Michael Regan, Administrator
United States Environmental Protection Agency
1200 Pennsylvania Avenue N.W.
Washington, D.C. 20004

Office of the General Counsel
United States Environmental Protection Agency
1200 Pennsylvania Avenue N.W. #4000
Washington, D.C. 20004

Merrick Garland, Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Dated: May 9, 2024

                                            <u>/s/Misha Tseytlin</u>
                                            MISHA TSEYTLIN
                                            TROUTMAN PEPPER
                                            HAMILTON SANDERS LLP
                                            227 W. Monroe Street
                                            Suite 3900
                                            Chicago, IL 60606
                                            (608) 999-1240 (MT)
                                            (312) 759-1939 (fax)
                                            misha.tseytlin@troutman.com